**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>CLAIRE PATRICIA HAVILAND, et al.,<br>ZACHARY S. WINTERS (9)<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cr-00570-WLH<br><br>**ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
|---|---|

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on ___March 13, 2025___ at ___1:30 p.m.___ before Judge/Magistrate Judge ___Castillo, Duty Magistrate Judge___
   *(Date of Appearance)*        (Time)

Dated: _____

                                    _____
                                    **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM